AO 467 (Rev. 1/09) Order of Holding Defendant (NH-1/09)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America          Case No. 21-mj-10-01-AJ

v.

Thomas Gallgher      Charging District Case Number: 21-mj-12 (DC)

**ORDER OF HOLDING DEFENDANT TO ANSWER
AND TO APPEAR IN DISTRICT OF PROSECUTION
OR DISTRICT HAVING PROBATION JURISDICTION**

The defendant having appeared before this Court pursuant to Rule 5, Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

The defendant shall be held to answer in the United States District Court for the District of Columbia and shall appear at all proceedings as required. The defendant shall next appear:

    Where:    U.S. District Court
                  District of Columbia
                  333 Constitution Avenue N. W.
                  Washington D.C. 20001

    When:     By Video on January 22, 2021 at 1:00 p.m.

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of court where the charges are pending.

SO ORDERED.

                                                   _____
                                                   Andrea K. Johnstone
                                                   United States Magistrate Judge

1/14/2021

cc:   U.S. Attorney
       U.S. Marshal
       U.S. Probation
       Jeffrey Levin, Esq.